530

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. REGINAL BROWN, a/k/a REGINALD BROWN (Impleaded), Defendant-Appellant.

(No. 58346;

First District (2nd Division)—February 5, 1974.

PER CURIAM.
DOWNING, J., took no part.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Jerald A. Kessler, Assistant State's Attorneys, of counsel), for the People.